March 12, 2010

Mr. R. Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. Carl Robin Teague
115 E. Travis Street
Milam Building, Suite 1739
SAN ANTONIO, TX 78205-2383
Ms. Rosemarie Kanusky
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Mr. David M. Adkisson
Begum & Tijerina, L.L..
6243 IH 10 West, Suite 890
San Antonio, TX 78201

RE: Case Number: 08-0316
 Court of Appeals Number: 04-07-00305-CV
 Trial Court Number: 2006-CI-16732

Style: METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L.L.P., W.C.
 SCHORLEMER, M.D., AND ROBERT SCHORLEMER, M.D.
 v.
 EMMALENE RANKIN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and enclosed
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |
| |Mr. Michael S. Hull |
| |Ms Lisa Bowlin Hobbs |
| |Mr. James C. Ho |